THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN H. ATKINS, Appellant.

*People* v. *Atkins*, 155 App. Div. 922, appeal dismissed.
(Submitted June 2, 1913; decided June 10, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 28, 1913, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of conspiracy.

The motion was made upon the ground of failure to prosecute the appeal.

*James C. Cropsey, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.